**WILLIS & YOUNG, P.C.**
921 Bergen Avenue, Suite 525
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant, L. HARVEY SMITH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | :: | UNITED STATES DISTRICT COURT, |
| | :: | DISTRICT OF NEW JERSEY |
| *Plaintiff,* | :: | |
| | :: | |
| vs. | :: | CRIM. NO. 10-83 |
| | :: | |
| L. HARVEY SMITH, | :: | |
| | :: | PROPOSED ORDER FOR EXTENSION |
| *Defendant(s)* | :: | OF PRETRIAL MOTIONS |

**THIS** matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for L. Harvey Smith, for an Order extending the date for when Pretrial Motions have to be filed from September 2, 2010 until September 9, 2010, and the Government's response extended until October 12, 2010, and Paul J. Fishman, the United States Attorney, by Jenny Kramer, Assistant United States Attorney, appearing and consenting to said application, and for good cause shown,

**IT IS** on this 2nd day of Sept~~August~~, 2010;

**ORDERED** that the Application is hereby GRANTED.

Hon. Jose L. Linares, USDJ