WILLIS & YOUNG, P.C.
921 Bergen Avenue, Suite 525
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant, L. HARVEY SMITH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | :: | UNITED STATES DISTRICT COURT, |
| Plaintiff, | :: | DISTRICT OF NEW JERSEY |
| vs. | :: | CRIM. NO. 10-83 |
| L. HARVEY SMITH, | :: | |
| Defendant(s) | :: | PROPOSED ORDER FOR EXTENSION OF ORAL ARGUMENT |

THIS matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for L. Harvey Smith, for an Order extending the Oral Argument date from October 14, 2010 until October 20, 2010, and extending the Government's response due date from October 12, 2010 until October 14, 2010, and Paul J. Fishman, the United States Attorney, by Jenny Kramer, Assistant United States Attorney, and Sandra Moser, Assistant United States Attorney, appearing and consenting to said application, and for good cause shown,

IT IS on this 28 day of September, 2010;

ORDERED that the Application is hereby GRANTED.

Hon. Jose L. Linares, USDJ

I hereby consent to form and entry of this order

SANDRA MOSER, AUSA

JENNY KRAMER, AUSA