NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>L. HARVEY SMITH,<br><br>Defendant. | Criminal Action No.: 10-0083 (JLL)<br><br>**ORDER** |

The Court has received Defendant's request to postpone oral argument regarding his Motion to Dismiss filed September 9, 2010 (CM/ECF No. 30), which is currently scheduled for October 20, 2010 at 1:30 p.m., until November 1, 2010 at 10:30 a.m. Defendant further requests that jury selection in this matter be postponed from November 22, 2010 until November 29, 2010. The Court having found good cause;

IT IS on this 15th day of October, 2010,

**ORDERED** that oral argument regarding Defendant's Motion to Dismiss be held on November 1, 2010 at 10:30 a.m.; and it is further

**ORDERED** that jury selection in this matter be set for November 29, 2010, with trial to be commenced immediately thereafter.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge