# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :          Criminal 2:10-83-JLL-01

       -vs-                                     :

L. HARVEY SMITH,                          :          **JUDGMENT OF ACQUITTAL**

    This cause having come on for trial before the Court, with a jury, and after due deliberation, the jury having returned a verdict of NOT GUILTY,

    It is on this 20TH day of DECEMBER, 2010;

    **ORDERED** that the defendant, L. Harvey Smith is **NOT GUILTY** of the offenses charged in Counts One, Two, Three, Four, Five and Six of the Indictment; it is further,

    **ORDERED**, that the defendant, L. Harvey Smith is acquitted, discharged, and any bond exonerated.

                                             JOSE L. LINARES,
                                             UNITED STATES DISTRICT JUDGE